From: Jeff Chandler T.D.C. no. 673503

MISC
B-01-010
4-0-01
United States District Court
Southern District of Texas
FILED
APR 1 0 2001
Michael N. Milby
Clerk of Court

Honorable Judge;
   William Black

Rif of Herbeus Corpus; under due process of the law. Convicted 11-12-93 T.D.C. received date 1-9-94 Released 1-6-98 Revoked June 1998 White Warrent 10-98 Released T.D.C. 9-6-c. Indicted Dec 9 1998 on theft charge. I was never arrested and never taken before any Magistrate to be arraigned with in 72 hours, I was received 2-20-01 and to this day I've not been in Court.

Dec 9th 1998 I was in prison "Can prove it". Bond was set Feb. 2 1999 $5,000.00 cash/surety served by hand on 2-20-01 the Indictment alledge's on the 25th of April "Jeffery Chandler" committed this crime

Arrested for indecent exposure; Violated Parole and sent back to T.D.C. in June 1998 White Warrent 10-98 Released T.D.C.J. 9-6-01

The records should show that I was never arrested or arraigned for this charge and also that I was a prisoner in T.D.C.J. Mind you I've been incarcerated 43 day and still have not been arraigned.

I have documents to prove my claim!

Thank You
Jeff Chandler
T.D.C # 673503