2

United States District Court
Southern District of Texas
ENTERED

APR 17 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| JEFF CHANDLER | § § § | |
| VS. | § | MISCELLANEOUS NO. B-01-010 |
| STATE OF TEXAS | § § | |

## ORDER

Petitioner, Jeff Chandler, has filed a Petition for Writ of Habeas Corpus pursuant to Title 28, U.S.C. § 2254. Petitioner will be allowed to proceed in Forma Pauperis. The State of Texas is hereby ordered to file a response by June 6, 2001.

DONE at Brownsville, Texas, this 11th day of April, 2001.

John Wm. Black
United States Magistrate Judge